IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LISA GUNTER, :

    Plaintiff, :

                                 Case No. 3:09CV0292

vs. :

                                 District Judge Timothy S. Black

MICHAEL J. ASTRUE, : Magistrate Judge Sharon L. Ovington
    Commissioner of Social
    Security, :

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It therefore is **ORDERED** THAT:

    1.    The Report and Recommendations filed on June 28, 2010 (Doc. #11) is ADOPTED in full;

2. The Commissioner's non-disability finding is REVERSED;

3. This case is REMANDED to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. § 405(g) for payment of SSI and DIB consistent with the Social Security Act; and

4. The case is TERMINATED on the docket of this Court.

8/19, 2010

Timothy S. Black
United States District Judge